217 So.2d 407

**David PERRY, et al.**

v.

**Willie HERRIN, et al.**

No. 49597.

Jan. 20, 1969.

In re: David Perry and Leurine B. Perry applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 215 So.2d 167.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

217 So.2d 407

**Edwin A. GUILLORY et al.**

v.

**M. J. CZARNIECKI et al.**

No. 49609.

Jan. 20, 1969.

In re: Mrs. Marjorie C. Guillory and her husband, Edwin A. Guillory applying for

certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 216 So.2d 122.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.